IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JEROME VINING,<br><br>      Defendant.<br>_____/ | No. CR 13-534 CRB<br><br>**ORDER TO SHOW CAUSE RE: JOHNSON CLAIM RAISED IN SECTION 2255 MOTION** |

Vining moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, arguing that it has been rendered invalid by Johnson v. United States, 135 S. Ct. 2551 (2015). The government is hereby ORDERED to show cause why Vining's § 2255 petition should not be granted. The government is ORDERED to respond within 60 days after entry of this Order. Vining shall file a reply brief not later than 30 days after the government's response.

**IT IS SO ORDERED.**

Dated: August 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE