IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C13-00534 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO STAY** |
| v. | |
| JEROME VINING, | |
| Defendant. | |

The government has moved to stay this proceeding. See Motion (dkt. 53). After consideration of the parties' submissions and the relevant authorities, and in light of the Ninth Circuit's actions in Jacob and Gardner, the Court DENIES the motion. See Jacob v. United States, No. 15-73302, Dkt. 36 (9th Cir. June 27, 2016); Gardner v. United States, No. 15-72559, Dkt. 39 (9th Cir. June 27, 2016).

**IT IS SO ORDERED.**

Dated: August 31, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE